IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § § | |
| Plaintiff, | § § | Case No: 1:18-cv-001156-RGA |
| vs. | § § § | |
| EPIX ENTERTAINMENT LLC | § § § | |
| Defendant. | § § § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this voluntary Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution Systems, LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

| | |
|---|---|
| October 26, 2018 | STAMOULIS & WEINBLATT LLC |
| | |
| | <u>*/s/ Stamatios Stamoulis*</u><br>Stamatios Stamoulis (#4606)<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com |
| | |
| | *Attorney for Plaintiff* |